# Court of Appeals
# of the State of Georgia

ATLANTA,____July 28, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1974. LEON HEARD v. GEORGIA DEPARTMENT OF HUMAN RESOURCES, ex. rel., LEON A. BANKS et al.**

The Georgia Department of Human Resources filed a motion for contempt against Leon Heard, alleging he failed to pay child support. The trial court found Heard in contempt. Heard subsequently filed a motion to vacate and set aside the child support order, which the trial court denied. Heard then filed this direct appeal. We, however, lack jurisdiction.

First, a case that "involves collection of child support [monies] . . . is a domestic relations matter" within the meaning of OCGA § 5-6-35 (a) (2). *Collins v. Davis*, 318 Ga. App. 265, 266-267 (1) (733 SE2d 798) (2012) (punctuation and citation omitted). Appeals in such matters must be taken by application for discretionary appeal, and Heard's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider this direct appeal. See id. at 267-268 (1); *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129, 129-130 (497 SE2d 659) (1998). In addition, an appeal from the denial of a motion to set aside on grounds authorized under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. See OCGA § 5-6-35 (a) (8).

Because Heard failed to follow the required procedure, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  07/28/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*